No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

CATHERINE SMYKAL, as Administratrix of the Estate of THEODORE T. SMYKAL, Deceased, Appellant, v. PORT OF NEW YORK AUTHORITY et al, Respondents.—

No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

CATHERINE SMYKAL, as Administratrix of the Estate of THEODORE T. SMYKAL, Deceased, Appellant, v. PORT OF NEW YORK AUTHORITY et al., Respondents.—

No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

FRED STEINBRUCK, Respondent, v. MARY GAZZARA, Appellant.—

The record presents disputed issues of fact as to plaintiff's misrepresentations and overreaching, which should be resolved by a trial. The determination of plaintiff's right to the equitable remedy of specific performance of the contract depends upon and should await the resolution of such issues. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur. [28 Misc 2d 254.]

GLORIA THORP, Respondent, v. CENTER THEATRE CORPORATION, Appellant.—

No opinion. Order of February 5, 1960, affirmed,